## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Bob Carlson Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Bob Carlson Roofing** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-0604393** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **560 SW Maple** <br> **Hillsboro, OR 97123** <br> Number, Street, City, State & ZIP Code | **PO Box 452** <br> **Corbett, OR 97019** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Washington** <br> County | **Location of principal assets, if different from principal place of business** <br> **560 SW Maple Hillsboro, OR 97123** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 16-31773-rld7    Doc 1    Filed 05/05/16

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   2381

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Richard & Kerrie Barreras** | Relationship | **Affilliate** |
|---|---|---|---|---|
| | District | **Oregon** | When **2/26/16** | Case number, if known **16-30677-rld7** |

Case 16-31773-rld7    Doc 1    Filed 05/05/16

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

■ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Several vehicles are in possession of Robet V. Carlson.  Significant inventory remains in the warehouse**

**Where is the property?**    **560 SW Maple Street**
**Hillsboro, OR, 97123-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Bob Carlson Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 5, 2016**
               MM / DD / YYYY

**X** **/s/ Kerrie Barreras**                            **Kerrie Barreras**
      Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Michael D. O'Brien**              Date **May 5, 2016**
      Signature of attorney for debtor                    MM / DD / YYYY

**Michael D. O'Brien**
Printed name

**Michael D. O'Brien & Associates, P.C.**
Firm name

**12909 SW 68th Parkway, Suite 160**
**Portland, OR 97223**
Number, Street, City, State & ZIP Code

Contact phone   **503-786-3800**       Email address   **enc@pdxlegal.com**

**951056**
Bar number and State

# United States Bankruptcy Court
## District of Oregon

In re **Bob Carlson Inc.**

Case No. _____

Debtor(s)

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .SC. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 6,000.00 |
    | Prior to the filing of this statement I have received | $ | 1,600.00 |
    | Balance Due | $ | 4,400.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☐ Debtor ■ Other (specify): **Kerrie Barreras, President**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  5, 2016**

*Date*

**/s/ Michael D. O'Brien**

**Michael D. O'Brien**

*Signature of Attorney*

**Michael D. O'Brien & Associates, P.C.**
**12909 SW 68th Parkway, Suite 160**
**Portland, OR 97223**
**503-786-3800  Fax: 503-272-7796**
**enc@pdxlegal.com**

*Name of law firm*

---

Debtor name     **Bob Carlson Inc.**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  5, 2016**          X */s/ Kerrie Barreras*
                                          Signature of individual signing on behalf of debtor

                                          **Kerrie Barreras**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Bob Carlson Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*........................................................................................   $    **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*....................................................................................   $    **208,521.28**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*......................................................................................   $    **208,521.28**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **352,838.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    **601,588.52**

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b   $    **954,426.52**

Case 16-31773-rld7   Doc 1   Filed 05/05/16

Fill in this information to identify the case:

Debtor name    **Bob Carlson Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of the Cascades - GAP Funding LLC and Bob Carlson Inc.** | **Checking** | | **$8,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    $8,000.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

Case 16-31773-rld7    Doc 1    Filed 05/05/16

| 11a. 90 days old or less: | 9,000.00 | - | 0.00 | = .... | $9,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                        $9,000.00

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**       **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**       **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Roofing Material Inventory located at BCI offices, cost basis** | | $77,804.28 | Recent cost | $77,804.28 |

23. **Total of Part 5.**                                                        $77,804.28

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 6:**       **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**       **Office furniture, fixtures, and equipment; and collectibles**

Case 16-31773-rld7    Doc 1    Filed 05/05/16

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Misc Office Equipment and office supplies including filing cabinets, desks, chairs, tables, computers and printers identified on County property tax list and located at BCI Offices** | $0.00 | Tax records | $9,755.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | | $9,755.00 |
    |---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2007 Chevrolet C1500 V8 Vin #5031 - Location Unknown, beleived scrapped by Bob Carlson** | $0.00 | | $0.00 |
| 47.2. **2008 Dodge Ram 1500, VIN4078, Oregon Plate 606DTS** | $0.00 | | Unknown |
| 47.3. **2007 Ford F150, VIN4907, Oregon Plate 020EAD** | $0.00 | | Unknown |

| | | | | |
|---|---|---|---|---|
| 47.4. | **2007 Ford F150, VIN8299, Oregon Plate 019 EAD** | **$0.00** | | **Unknown** |
| 47.5. | **1996 International, VIN9455, Oregon Plate T545757** | **$0.00** | | **Unknown** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Misc Roofing Equipment including kettles, feltlayers, spray equipment, pressure washers, generator and hand tools identified on County property tax list and located at BCI offices** | **$0.00** | **Tax records** | **$39,508.00** |
| **Misc Roofing Equipment including compressor, welder, server, drill press and sprayer identified on County property tax list and located at Forest Grove Storage** | **$0.00** | **Tax records** | **$23,754.00** |
| **Forklift at Forest Grove Storage** | **$0.00** | **Tax records** | **$9,700.00** |
| **Tennsmith Mechanical shear located at Forest Grove Storage** | **$0.00** | **Tax records** | **$26,000.00** |
| **Walkwelder, handwelder, generator and assorted tools in possession of Richard Beyer, former employee, location unknown** | **$0.00** | | **$0.00** |
| **Misc. roofing equipment including tar carts, bench grinder, radial arm saws, track guns, eyewash station, air ratchet, sand blaster, parts cleaning cabinets, tabel saws, misc auto parts not listed on County property tax statement and located at BCI Offices** | **$0.00** | | **Unknown** |
| **Misc. roofing equipment including propoane tanks, ladders, safety ropes, extension cords, band saw, insulation carts, Gravely roof cutter and Tractor, powered sweeper not listed on County property tax statement and located at Forest Grove storage** | **$0.00** | | **Unknown** |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

**$98,962.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No

■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:  Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **10 year lease commencing 6/1/12 for warehouse, auto mechanic shop and yard located at 560 SW Maple in Hillsboro, Oregon.** | Lessee | $0.00 | | $0.00 |

56.     **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:  Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.     **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.     **Internet domain names and websites** | | | |
| 62.     **Licenses, franchises, and royalties** | | | |
| 63.     **Customer lists, mailing lists, or other compilations** | | | |
| 64.     **Other intangibles, or intellectual property** | | | |

| **Misc Corporate Intellectual Property** | | $0.00 | | $5,000.00 |
| --- | --- | --- | --- | --- |

65.    **Goodwill**

66.    **Total of Part 10.**

| | $5,000.00 |
| --- | --- |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Fraudulent Misrepresentation Counterclaimclaim against Carlson Vehicle Leasing LLC in Case No. C154587CV**

| **Nature of claim** | | | Unknown |
| --- | --- | --- | --- |
| **Amount requested** | $0.00 | | |

**Breach of Contract and Fraudulent Misrepresentation counterclaims brought against Robert V. & Sharon L. Carlson in Case No. C154586CV**

| **Nature of claim** | | | Unknown |
| --- | --- | --- | --- |
| **Amount requested** | $0.00 | | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,

Case 16-31773-rld7    Doc 1    Filed 05/05/16

country club membership

| 78. | **Total of Part 11.** | | **$0.00** |
| --- | --- | --- | --- |
| | Add lines 71 through 77. Copy the total to line 90. | | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $9,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $77,804.28 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,755.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $98,962.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $208,521.28 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $208,521.28 |

Fill in this information to identify the case:

Debtor name    **Bob Carlson Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

| 2.1 | **Corporation Service Company** | | |
|---|---|---|---|

| Creditor's Name | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|

**for On Deck Capital**
**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**All business assets, inventory, receiveables, ect.**
**UCC-89776118. Loan Paid Off in Full**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 | **Internal Revenue Service** | $56,155.00 | $0.00 |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**941 Taxes for Third Quarter 2014**

**Bankruptcy Notices**
**PO Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

**Describe the lien**
**Federal Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/2/15**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 16-31773-rld7    Doc 1    Filed 05/05/16

☐ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $45,270.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notices
PO Box 7346
Philadelphia, PA
19101-7346**

Creditor's mailing address

**941 Taxes for Fourth Quarter 2014**

Describe the lien
**Federal Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/12/15**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

---

| 2.4 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $21,005.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notices
PO Box 7346
Philadelphia, PA
19101-7346**

Creditor's mailing address

**941 Taxes for First Quarter 2015**

Describe the lien
**Federal Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/1/15**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

---

| 2.5 | **Oregon Department Of Revenue** | Describe debtor's property that is subject to a lien | $2,930.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notice Dept.
955 Center Street,  NE
Salem, OR 97301-2555**

Creditor's mailing address

**Tri County Metropolitan Taxes for 2Q14 thru
2Q15**

Describe the lien
**State Tax Lien**

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/30/15**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Oregon Department Of Revenue** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $12,175.00 | $0.00 |
| | **Bankruptcy Notice Dept. 955 Center Street, NE Salem, OR 97301-2555** | **Withholding Taxes for Second Quarter 2015** | | |

Creditor's mailing address

**Describe the lien**

**State Tax Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/30/15**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Oregon Department Of Revenue** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $12,303.00 | $0.00 |
| | **Bankruptcy Notice Dept. 955 Center Street, NE Salem, OR 97301-2555** | **Withholding Taxes for 2Q14 thru 1Q15** | | |

Creditor's mailing address

**Describe the lien**

**State Tax Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/30/15**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Bob Carlson Inc. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | **Robert V. Carlson** | | |
|---|---|---|---|

Creditor's Name

**Sharon L. Carlson
724 NE Cambrey Court
Hillsboro, OR 97124**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
5/11/12**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**
**Business assets, accounts, inventory, ect.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

$123,000.00   Unknown

---

| 2.9 | **Small Business Term Loan Inc.** | | |
|---|---|---|---|

Creditor's Name

**dba BFS Capital
3301 N. University Drive,
Suite 300
Coral Springs, FL 33065**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
6685**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Business Accounts, inventory, equipment, ect.**

**Describe the lien**
**No UCC on Record**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$80,000.00   $0.00

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $352,838.00 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

| Debtor | **Bob Carlson Inc.** | Case number *(if know)* | |
|--------|---------------------|------------------------|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ellen F. Rosenblum, Attorney General**<br>**100 Justice Building**<br>**1162 Court St. NE**<br>**Salem, OR 97310** | Line **2.5** | |
| **Ellen F. Rosenblum, Attorney General**<br>**100 Justice Building**<br>**1162 Court St. NE**<br>**Salem, OR 97310** | Line **2.6** | |
| **Ellen F. Rosenblum, Attorney General**<br>**100 Justice Building**<br>**1162 Court St. NE**<br>**Salem, OR 97310** | Line **2.7** | |
| **Internal Revenue Service**<br>**C/O Eric Holder, Attorney General**<br>**10th St-Constitution Ave.**<br>**Washington, DC 20530** | Line **2.2** | |
| **Internal Revenue Service**<br>**C/O Billy J. Williams, US Attorney**<br>**1000 SW 3rd Ave., Suite 600**<br>**Portland, OR 97204** | Line **2.2** | |
| **Moore & Ballard**<br>**2002 Pacific Ave.**<br>**Forest Grove, OR 97116** | Line **2.8** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 16-31773-rld7    Doc 1    Filed 05/05/16

Debtor name     **Bob Carlson Inc.**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Internal Revenue Service Insolvency 3 M/S 0240 1220 SW 3rd Avenue Portland, OR 97204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Precautionary** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|
| | **Oregon Department Of Revenue Bankruptcy Notice Dept. 955 Center Street,  NE Salem, OR 97301-2555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Precautionary** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | | |

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

Case 16-31773-rld7     Doc 1     Filed 05/05/16

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**ABC Supply**
PO Box 748242
Los Angeles, CA 90074-8242

Date(s) debt was incurred **unknown**

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Material Purchases**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,714.00 |

**Bank of America Card Services**
**Bankruptcy Notices**
PO Box 15102
Wilmington, DE 19886-5102

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Misc Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Cable Huston LLP**
**1001 SW Fifth Ave**
**Suite 2000**
Portland, OR 97204

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Counsel for ABC Supply**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Carlson Real Estate Holdings, LLC**
**724 NE Cambrey Court**
Hillsboro, OR 97124

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Warehouse/Shop Lease Agreement**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |

**Carlson Vehicle Leasing, LLC**
**724 NE Cambrey Court**
Hillsboro, OR 97124

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Vehicle Leasing Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |

**Custom Bilt**
**1333 Corporate DRive**
**Ste 103**
Irving, TX 75038

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Materials Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,000.00 |

**Dealers Supply**
**2345 NW Nicola St**
Portland, OR 97210

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Materials Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|-----|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Gutterman's Supply**
**1620 NE Argyle Dr**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Materials Purchased**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-----|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Laurel Patterson**
**LKA - Incarcerated**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Harrassment Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,000.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**LCG Pence**
**2747 Pence Loop SE Ste, 100**
**Salem, OR 97302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Contract Claim**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,000.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**McDonald & Wetle**
**2020 NE 194th Ave**
**Portland, OR 97230**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Contract Claim**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**North American Metals**
**15869 NW Sellers Rd**
**Banks, OR 97106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Materials Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,000.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Oregon Sheet Metal Workers Trust**
**c/o Linda Larkin, AAL**
**Bennett Hartman Morris & Kaplan**
**210 SW Morrison St., Suite 500**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Misc Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Pacific Office Automation**
**1010 Thomas Edison Blvd SW**
**Cedar Rapids, IA 52404**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Breach of Lease on personal property**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Bob Carlson Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address
**Robert & Sharon Carlson**
**724 Cambrey Coiurt**
**Hillsboro, OR 97124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$123,000.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Note due for sale of business**

Is the claim subject to offset? □ No ■ Yes

---

**3.16** | Nonpriority creditor's name and mailing address
**Scott Hookland LLP**
**PO Box 23414**
**Portland, OR 97281**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Counsel for Skoro**

Is the claim subject to offset? ■ No □ Yes

---

**3.17** | Nonpriority creditor's name and mailing address
**Skoro Homes LLC**
**PO Box 3219**
**Clackamas, OR 97015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$15,000.00**
□ Contingent
□ Unliquidated
■ Disputed

Basis for the claim:  **Unfinished Job**

Is the claim subject to offset? □ No ■ Yes

---

**3.18** | Nonpriority creditor's name and mailing address
**Slevin & Hart, P.C.**
**1625 Massachusetts Ave NW**
**Suite 450**
**Washington, DC 20036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Counsel for Union Trust**

Is the claim subject to offset? ■ No □ Yes

---

**3.19** | Nonpriority creditor's name and mailing address
**TD Auto Finance, LLC**
**Bankruptcy Notices**
**PO Box 9001897**
**Louisville, KY 40290-1897**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
□ Contingent
■ Unliquidated
□ Disputed

Basis for the claim:  **Precautionary - contract deficiency**

Is the claim subject to offset? ■ No □ Yes

---

**3.20** | Nonpriority creditor's name and mailing address
**The Tire Factory**
**PO Box 1046**
**The Dalles, OR 97058**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$1,200.00**
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Tire and Auto Service**

Is the claim subject to offset? ■ No □ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
**TimePayment Corp.**
**16 N.E. Executive Park #200**
**Burlington, MA 01803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$2,000.00**
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Misc Broken Lease fees**

Is the claim subject to offset? ■ No □ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,376.52** |
|---|---|---|---|

**Trustees of Pacific Coast Roofers Plan**
**c/o Cary Cadonau, AAL**
**Brownstein Rask LLP**
**1200 SW Main Street**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Misc Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,898.00** |
|---|---|---|---|

**US Bank**
**Bankruptcy Notice Department**
**PO Box 5229**
**Cincinnati, OH 45201-5229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Misc Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
|---|---|---|---|

**Waste Management**
**1001 Fannin Street**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ellen F. Rosenblum, Attorney General**<br>**100 Justice Building**<br>**1162 Court St. NE**<br>**Salem, OR 97310** | Line __2.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Eric Wilson**<br>**1500 SW 1st Ave**<br>**Suite 1170**<br>**Portland, OR 97201** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 601,588.52 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 601,588.52 |

Case 16-31773-rld7    Doc 1    Filed 05/05/16

**Fill in this information to identify the case:**

Debtor name    **Bob Carlson Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Commerical Space Lease for 560 SW Maple Street through 5/2022 - Reject** <br> State the term remaining — **6 years** <br> List the contract number of any government contract — _____ | **Carlson Real Estate Holdings, LLC** <br> **724 NE Cambrey Court** <br> **Hillsboro, OR 97124** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Vehicle Lease from June 1, 2012 thru June 1, 2022 - Reject** <br> State the term remaining — **6 years** <br> List the contract number of any government contract — _____ | **Carlson Vehicle Leasing, LLC** <br> **724 NE Cambrey Court** <br> **Hillsboro, OR 97124** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Everlast Powertig 255EXT Tig welder - $186.30/month** <br> State the term remaining — **6 months** <br> List the contract number of any government contract — _____ | **TimePayment Corp.** <br> **16 N.E. Executive Park #200** <br> **Burlington, MA 01803** |

Case 16-31773-rld7    Doc 1    Filed 05/05/16

Debtor name **Bob Carlson Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Kerrie Barreras** | **36196 SE Gordon Creek Rd.** <br> **Corbett, OR 97019** | **Robert V. Carlson** | ■ D ___2.8___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Kerrie Barreras** | **36196 SE Gordon Creek Rd.** <br> **Corbett, OR 97019** | **Small Business Term Loan Inc.** | ■ D ___2.9___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Kerrie Barreras** | **36196 SE Gordon Creek Rd.** <br> **Corbett, OR 97019** | **Bank of America Card Services** | ☐ D _____ <br> ■ E/F ___3.2___ <br> ☐ G _____ |
| 2.4 **Kerrie Barreras** | **36196 SE Gordon Creek Rd.** <br> **Corbett, OR 97019** | **Carlson Real Estate Holdings, LLC** | ☐ D _____ <br> ■ E/F ___3.4___ <br> ☐ G _____ |
| 2.5 **Kerrie Barreras** | **36196 SE Gordon Creek Rd.** <br> **Corbett, OR 97019** | **Internal Revenue Service** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |

Case 16-31773-rld7    Doc 1    Filed 05/05/16

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6   **Kerrie Barreras** | 36196 SE Gordon Creek Rd.<br>Corbett, OR 97019 | **Oregon Department Of Revenue** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.7   **Kerrie Barreras** | 36196 SE Gordon Creek Rd.<br>Corbett, OR 97019 | **TD Auto Finance, LLC** | ☐ D _____<br>■ E/F   **3.19**<br>☐ G _____ |
| 2.8   **Kerrie Barreras** | 36196 SE Gordon Creek Rd.<br>Corbett, OR 97019 | **US Bank** | ☐ D _____<br>■ E/F   **3.23**<br>☐ G _____ |
| 2.9   **Richard Barreras** | 36196 SE Gordon Creek Rd.<br>Corbett, OR 97019 | **Robert V. Carlson** | ■ D   **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.10   **Richard Barreras** | 36196 SE Gordon Creek Rd.<br>Corbett, OR 97019 | **Small Business Term Loan Inc.** | ■ D   **2.9**<br>☐ E/F _____<br>☐ G _____ |
| 2.11   **Richard Barreras** | 36196 SE Gordon Creek Rd.<br>Corbett, OR 97019 | **Bank of America Card Services** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |
| 2.12   **Richard Barreras** | 36196 SE Gordon Creek Rd.<br>Corbett, OR 97019 | **Carlson Real Estate Holdings, LLC** | ☐ D _____<br>■ E/F   **3.4**<br>☐ G _____ |
| 2.13   **Richard Barreras** | 36196 SE Gordon Creek Rd.<br>Corbett, OR 97019 | **Internal Revenue Service** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Bob Carlson Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Richard Barreras** | **36196 SE Gordon Creek Rd. Corbett, OR 97019** | **Oregon Department Of Revenue** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Richard Barreras** | **36196 SE Gordon Creek Rd. Corbett, OR 97019** | **Small Business Term Loan Inc.** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Richard Barreras** | **36196 SE Gordon Creek Rd. Corbett, OR 97019** | **TD Auto Finance, LLC** | ☐ D ____<br>■ E/F __3.19__<br>☐ G ____ |
| 2.17 | **Richard Barreras** | **36196 SE Gordon Creek Rd. Corbett, OR 97019** | **US Bank** | ☐ D ____<br>■ E/F __3.23__<br>☐ G ____ |

Fill in this information to identify the case:

Debtor name    **Bob Carlson Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **4/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **4/01/2015** to **3/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,345,969.00** |
| **For year before that:**<br>From **4/01/2014** to **3/31/2015** | ■ Operating a business<br>☐ Other _____ | **$2,301,244.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Trustees of Pacific Coast Roofers Plan c/o Cary Cadonau, AAL Brownstein Rask LLP 1200 SW Main Street Portland, OR 97205** | **Various** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Creditor garnished various bank account and receivables** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **TD Auto Finance, LLC Bankruptcy Notices PO Box 9001897 Louisville, KY 40290-1897** | **2015 GMC 2500 - voluntarily surrendered. Secured debt exceeded property value** | **4/2016** | **$0.00** |
| **Ally Auto PO Box 9001948 Louisville, KY 40290** | **2005 GMC 4500 - third party transfer subject to lien of Ally which exceeded value of truck, Ally signed off on transfer** | **4/2016** | **$0.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Case 16-31773-rld7    Doc 1    Filed 05/05/16

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Oregon Sheet Metal Workers Trust v. Bob Carlson Inc.**<br>**3:15-cv-02150-SB** | **Collections** | **United States District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Trustees of the Pacific Coast Roofers Pension Plan v. Bob Carlson Inc.**<br>**3:15-cv-0020-MO** | **Collections** | **United States District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Carlson Vehicle Leasing LLC v. Bob Carlson Inc.**<br>**C154587CV** | **Collections, Breach of Lease** | **Washington County Circuit Court**<br>**145 NE 2nd Avenue**<br>**Hillsboro, OR 97124** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Robert V. and Sharon L. Carlson v. Bob Carlson Inc., Richard Barreras, Kerrie Barreras and James Potter**<br>**C154586CV** | **Breach of Contract, Collections** | **Washington County Circuit Court**<br>**145 NE 2nd Avenue**<br>**Hillsboro, OR 97124** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **American Builders & Contractors Supply Co v. Bob Carlson Inc.**<br>**16CV03492** | **Breach of Contract** | **Multnomah County Circuit Court**<br>**Clerk of the Court**<br>**1021 SW 4th Ave**<br>**Portland, OR 97201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

---

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2008 Mirage enclosed trailer, stolen 7/22/15, trailer value = $2,800** | **Insurance paid total of $1800 (Value less $1000 deductible)** | **7/22/15** | **$2,800.00** |
| **Roofing material stolen from Port of Tillamook jobsite** | **Insurance paid replacement cost of materials less $500 deductible** | **10/15/14** | **$21,352.09** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Michael D. O'Brien, & Associates, P.C.**<br>**12909 SW 68th Parkway,**<br>**Suite 160**<br>**Portland, OR 97223** | | **April 2016** | **$1,600.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Robert Bolt**<br>**40 SE 16th Ct.**<br>**Gresham, OR 97080** | **2008 Tennsmith SBS12614** | **9/8/14** | **$15,000.00** |
| | Relationship to debtor<br>**None** | | | |

Case 16-31773-rld7    Doc 1    Filed 05/05/16

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Steve Garlock** <br> **13483 SE Johnson Road** <br> **Portland, OR 97222** | **Single Ply welder traded for repairs done to other welders** | **2015** | **$2,500.00** |
| | **Relationship to debtor** <br> **None** | | | |
| 13.3. | **McDonald & Wetle Inc.** <br> **2020 NE 194th** <br> **Portland, OR 97230** | **Hot Rubber Kettle** | **4/29/14** | **$8,000.00** |
| | **Relationship to debtor** <br> **None** | | | |
| 13.4. | **Vicente Lopez** <br> **13980 NW Main Street, Suite B** <br> **Banks, OR 97106** | **1994 Ford Plate #T558664.  Funds realized were paid to Bob Carlson personally** | **4/6/15** | **$2,000.00** |
| | **Relationship to debtor** <br> **None** | | | |
| 13.5. | **Mike Davis** | **Donated for scrap 1995 Ford Plate#T530204, Title signed off by Carlson Vehicle Leasing LLC** | **8/31/15** | **$0.00** |
| | **Relationship to debtor** <br> **Former Employee** | | | |
| 13.6. | **Sergio Rodriguez** | **1998 Ford F150 Plate#WPB408** | **2/4/14** | **$800.00** |
| | **Relationship to debtor** <br> **Former Employee** | | | |
| 13.7. | **Kerrie Barreras** | **2000 Chevy C2500 Pickup, Plate #XTR375** | **4/15/16** | **$800.00** |
| | **Relationship to debtor** <br> **President** | | | |
| 13.8. | **McDonald & Wetle** <br> **2020 NE 194th Ave** <br> **Portland, OR 97230** | **2007 Dump Trailer, VIN#5654** | **7/25/14** | **$3,500.00** |
| | **Relationship to debtor** <br> **None** | | | |
| 13.9. | **Robert Bolt** <br> **40 SE 16th Ct** <br> **Gresham, OR 97080** | **2012 AES Edge Estimator 10** | **9/8/14** | **$5,000.00** |
| | **Relationship to debtor** <br> **None** | | | |

Case 16-31773-rld7    Doc 1    Filed 05/05/16

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.10. | **Pioneer Sheet Metal** **PO Box 2030** **Fairview, OR 97024** | **5K Gutter Machine** | **7/25/14** | **$2,800.00** |
| | Relationship to debtor **None** | | | |
| 13.11. | **Computershare for Stancorp** | **Stock in Stancorp sold for cash flow to pay bills** | **3/3/16** | **$24,531.24** |
| | Relationship to debtor **None** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Hillsboro Secured Storage Hillsboro, OR 97123** | **President & Secretary (Kerrie & Richard Barreras)** | **Business Papers** | ■ No<br>☐ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

Case 16-31773-rld7    Doc 1    Filed 05/05/16

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
- ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Steve Larson**<br>**610 NW Overlook Ave**<br>**Gresham, OR 97030** | **2013-current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Union Trusts** | **Various payroll audits performed annually by unions** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **SAIF** | **Payroll audit performed annually by SAIF** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ■ None

Case 16-31773-rld7    Doc 1    Filed 05/05/16

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **US Bank**

26d.2. **On Deck Capital**

26d.3. **GRB Funding**

26d.4. **Craft 3**

26d.5. **Bank of the Cascades**

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Kerrie Barreras** | **12/31/15** | **As Per Schedule B** |

| Name and address of the person who has possession of inventory records |
|---|
| **Debtor Only** |

| | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.2. **Kerrie Barreras** | **12/31/14** | **Unknown** |

| Name and address of the person who has possession of inventory records |
|---|
| **Bob Carlson** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kerrie M Barreras** | **36196 SE Gordon Creek Rd Corbett, OR 97019** | **President - Part Owner** | **63%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Barreras Jr.** | **36196 SE Gordon Creek Rd Corbett, OR 97019** | **Secretary - Part Owner** | **37%** |

Case 16-31773-rld7    Doc 1    Filed 05/05/16

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kerrie Barreras 36196 SE Gordon Creek Rd. Corbett, OR 97019** | **Dividends: $500; $1200;$1000;$1,000;$1,100;$2,000** | **12/28/15;9/10/ 15; 8/10/15; 7/30/15;6/25/1 5;5/15/15** | **In lieu of some normal monthly income** |
| | **Relationship to debtor President** | | | |
| 30.2. | **Richard Barreras 36196 SE Gordon Creek Rd. Corbett, OR 97019** | **Dividends - $1000** | **8/13/15** | **In lieu of wages** |
| | **Relationship to debtor Secretary** | | | |
| 30.3. | **Kerrie Barreras 36196 SE Gordon Creek Rd. Corbett, OR 97019** | **$28,764 gross wages** | **5/1/15 - 12/31/15** | **Salary** |
| | **Relationship to debtor President** | | | |
| 30.4. | **Richard Barreras 36196 SE Gordon Creek Rd. Corbett, OR 97019** | **$28,260** | **5/1/15 - 12/31/15** | **Salary** |
| | **Relationship to debtor Secretary** | | | |
| 30.5. | **Kerrie Barreras 36196 SE Gordon Creek Rd. Corbett, OR 97019** | **est. $10,000** | **Various over past 12 months, all receipts retained** | **Reimbursement for Materials** |
| | **Relationship to debtor President** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6 . | **Kerrie Barreras**<br>**36196 SE Gordon Creek Rd.**<br>**Corbett, OR 97019** | **$5,985 wages** | **1/1/16 - current** | **Salary** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.7 . | **Richard Barreras**<br>**36196 SE Gordon Creek Rd.**<br>**Corbett, OR 97019** | **$2444** | **1/1/16 - Current** | **Salary** |
| | **Relationship to debtor**<br>**Secretary** | | | |
| 30.8 . | **Richard Barreras**<br>**36196 SE Gordon Creek Rd.**<br>**Corbett, OR 97019** | **Reimbursement - $2125.99** | **2/1/16 - 2/29/16** | **Reimbursment** |
| | **Relationship to debtor**<br>**Secretary** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **National Roofing Industry Pension Fund** | **EIN:    Unknown** |
| **Sheet Metal Workers Local 16 Trust** | **EIN:    Unknown** |
| **Sheet Metal Workers International Trust** | **EIN:    Unknown** |
| **Local 49 Roofers Trust** | **EIN:** |

| Debtor | **Bob Carlson Inc.** | Case number *(if known)* |
|---|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  5, 2016**

**/s/ Kerrie Barreras**                                          **Kerrie Barreras**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case 16-31773-rld7    Doc 1    Filed 05/05/16

# United States Bankruptcy Court
## District of Oregon

In re    **Bob Carlson Inc.**                                     Case No.

                                           Debtor(s)            Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May  5, 2016**                           **/s/ Kerrie Barreras**

                                                    **Kerrie Barreras**/President
Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## District of Oregon

In re   **Bob Carlson Inc.**

                                      Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bob Carlson Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| May  5, 2016 | **/s/ Michael D. O'Brien** |
|---|---|
| Date | **Michael D. O'Brien** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Bob Carlson Inc.** |
| | **Michael D. O'Brien & Associates, P.C.** |
| | **12909 SW 68th Parkway, Suite 160** |
| | **Portland, OR 97223** |
| | **503-786-3800 Fax:503-272-7796** |
| | **enc@pdxlegal.com** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy